# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

LEROY THOMAS,

    Plaintiff,

v.                                    CASE NO. 4:11cv348-RH/WCS

GREGORY JOSEPH DREJZA
et al.,
    Defendants.

_____/

## ORDER OF DISMISSAL

The plaintiff is proceeding *in forma pauperis*. His *pro se* complaint is before the court on the magistrate judge's report and recommendation, ECF No. 4. The recommendation is for the dismissal of the complaint on various grounds including that its allegations, at least in substantial part, are frivolous and detached from reality. The plaintiff has filed no objections to the report and recommendation, but he has tendered an amended complaint. It, like the original complaint, is detached from reality. The original complaint and the amended complaint fail to allege facts plausibly suggesting a right to recover. Accordingly,

    IT IS ORDERED:

Case No. 4:11cv348-RH/WCS

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "The complaint is dismissed with prejudice." The clerk must close the file.

SO ORDERED on October 4, 2011.

Robert L. Hinkle
United States District Judge
